The Honorable Robert S. Lasnik

# UNITED STATES FEDERAL DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES WILLETT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> VELOCITY ON-SITE, LLC, a Missouri limited liability company; CHARLES RAMSEY aka CHARLES R. RAMSEY II, a married man; and VELOCITY INSIGHT, LLC, a Missouri limited liability company <br><br> Defendants. | NO. 2:17-cv-01239-RSL <br><br> **STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF** |

## JUDGMENT SUMMARY

Pursuant to RCW 4.64.030, the following information is hereby provided:

| | | |
|---|---|---|
| A. Judgment Creditor: | | **James Willett** |
| B. Judgment Debtors: | | **Charles R. Ramsey II, Velocity On-Site, LLC, and Velocity Insight, LLC,** jointly and severally |
| C. Principal Judgment Amount: | | $106,606.85 |
| D. Pre-Judgment interest at 12% | (through 2/6/2017) | $10,246.00 |
| E. Pre-Judgment interest at 15% | (from 2/7/2017 to 1/9/2018) | $14,720.51 |
| F. Attorneys' Fees and Costs: | | $19,831.00 |
| G. Principal Judgment shall bear interest at 15% per annum | | |
| H. Total Judgment | | $151,404.36 |
| I. Attorney for Judgment Creditor: | | Wesley D. Bates of Bates & Ely, PLLC |

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF -1

BATES & ELY, PLLC
18530 – 156TH AVE. NE, STE. 200
Woodinville, WA 98072
(425) 488-4134 • Fax: (425) 487-1471

## JUDGMENT

THIS MATTER having come on regularly before the undersigned Judge of the above entitled Court upon the Stipulated Motion to Add Additional Party and for Stipulated Judgment ("Motion"), and the Court having granted such Motion and granted the Stipulated Order for Granting Stipulated Motion to Add Additional Party and for Stipulated Judgment ("Order") with the Court having made its findings of fact and conclusions of law in such Order,

NOW THEREFORE, judgment is hereby granted and entered in this matter, inclusive of the terms of the Settlement Agreement between the parties as attached as an Exhibit to the Order, and

PLAINTIFF JAMES WILLETT IS HEREBY IS AWARDED JUDGMENT against Defendants Charles Ramsey aka Charles R. Ramsey II, a married man, Velocity On-Site, LLC, and Velocity Insight, LLC jointly and severally, in accordance with the judgment summary above, in the stipulated amount of $106,606.85, inclusive of interest to the date of judgment of $24,966.51, costs and attorney fees of $19,831.00, for a total judgment of **$151,404.36**, with the principal judgment amount to bear interest at fifteen percent (15%) per annum from date of judgment until paid in full.

Dated: __Feb. 5__, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

///
//
/

**SO STIPULATED AND AGREED:**

DATED January __12__, 2018.                    DATED January __12__, 2018.

Counsel for Plaintiff James Willett            Counsel for Defendant Velocity On-Site, LLC

**BATES & ELY, PLLC**                          **COOK & BARTLETT, PLLC**


/s/                                             /s/
---                                             ---
Wesley D. Bates, WSBA No. 26273                 Robert M. Bartlett, WSBA No. 19818
Bates & Ely, PLLC                               Cook & Bartlett, PLLC
18530 156th Ave. NE, Ste.200                    1900 W. Nickerson Street, Suite 215
Woodinville, WA 98072                           Seattle, WA 98119
wes@batesely.com                                rbartlett@cookandbartlett.com
Phone: (425) 488-4134                           Phone: (206) 282-2710
Fax:  (425) 487-1471                            Fax:   (206) 282-2707

*[Additional signatures of Defendants on following page]*

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF -3

DATED January 9th, 2018.

DEFENDANT VELOCITY ON-SITE, LLC

_____
Charles Ramsey, Member
1919 NW 82nd Terrace
Kansas City, MO 64151
crrii@yahoo.com
(816) 721-0331

DATED January 9th, 2018.

DEFENDANT VELOCITY INSIGHT, LLC

_____
Charles Ramsey, Member
1919 NW 82nd Terrace
Kansas City, MO 64151
crrii@yahoo.com
(816) 721-0331

DATED January 9th, 2018.

Defendant Ramsey

_____
Charles Ramsey, aka Charles R. Ramsey II
Individually
1919 NW 82nd Terrace
Kansas City, MO 64151
crrii@yahoo.com
(816) 721-0331

STIPULATED JUDGMENT IN FAVOR OF PLAINTIFF - 4

BATES & ELY, PLLC
18530 – 156TH AVE. NE, STE. 200
Woodinville, WA 98072
(425) 488-4134 • Fax: (425) 487-1471